No. 02–9579. IN RE STEELE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 00–1295. COMMUNITY HEALTH PARTNERS, INC., ET AL. *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–700. TURTLE ISLAND RESTORATION NETWORK ET AL. *v.* EVANS, SECRETARY OF COMMERCE, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–846. MAZARES *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 02–871. AMIR *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 02–1091. COALITION FOR FAIR AND EQUITABLE REGULATION OF DOCKS ON LAKE OF THE OZARKS *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 02–1125. COELHO *v.* CITY OF ANGELS CAMP ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1129. CUNNINGHAM *v.* GATES ET AL. C. A. 9th Cir. Certiorari denied.